| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| David M. Halbreich (SBN 138926)<br>Email: dhalbreich@reedsmith.com<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071-1514<br>Telephone: +1 213 457 8000<br>Facsimile: +1 213 457 8080 | |
| ATTORNEYS FOR: Counttrywide Financial Corp. and Countrywide H | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United Guaranty Mortgage Indemnity Company,<br><br>Plaintiff(s),<br>v.<br><br>Countrywide Financial Corp., Countrywide Home Loans, Inc. and The Bank of New York Trust Company, N.A.,<br>Defendant(s) | CASE NUMBER<br><br>CV 09-01888 MRP (JWJx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for <u>Countrywide Financial Corp. and Countrywide Home Loans, Inc.</u> (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**            **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

1. Bank of America, N.A.
2. Countrywide Home Loans Servicing LP

4/11/09
Date

/ s /
Sign

David M. Halbreich
Attorney of record for or party appearing in pro per

CV-30 (12/03)      **NOTICE OF INTERESTED PARTIES**